AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

AARON DOYLE,

JUDGMENT IN A CIVIL CASE

v.

HALEY TAYLOR(dismissed), BRIAN CHASE, and
LAW OFFICES OF BRIAN CHASE, PLLC

CASE NUMBER: CV-09-158-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's first through fourth causes of action.

| | |
|---|---|
| May 24, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |